IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY CROWE,

      Plaintiff,                      Case No. 2:11-cv-3438 JAM DAD PS

    vs.

RAMA GOGINENI, et al.,            ORDER

      Defendants.

_____/

        Plaintiff, proceeding pro se, commenced this action on December 27, 2011, by filing a complaint and paying the required filing fee. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

        A Status (Pretrial Scheduling) conference is set for hearing on May 4, 2012. However, on April 27, 2012, counsel for defendant Gogineni filed a timely status report stating that defendant Gogineni intends to file a motion to dismiss no later than May 3, 2012, for hearing before the undersigned no later than June 15, 2012.[1] (Doc. No. 6.)

/////

---

[1] Though it appears that only defendant Rama Gogineni has been served with process, plaintiff indicates in her April 20, 2012 status report that "[b]oth defendants are in the process of being served." (Doc. No. 5 at 1.)

1

Good cause appearing, IT IS ORDERED that:

1. The Status (Pretrial Scheduling) Conference set for Friday, May 4, 2012, is continued to **Friday, July 6, 2012, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. Within fourteen (14) days after plaintiff is served with this order, plaintiff shall serve upon each defendant one copy of this order; within five (5) days after serving the required copies on the defendants, plaintiff shall file a certificate of service indicating the date and manner of service of the copies on each defendant;

3. Any party may appear at the Status (Pretrial Scheduling) Conference telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the Status (Pretrial Scheduling) Conference</u>.  A land line telephone number must be provided;

4. Plaintiff shall file and serve a status report on or before **June 22, 2012,** and defendants shall file and serve status reports on or before **June 29, 2012**. Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

        i.        Whether the case is related to any other case, including matters in bankruptcy;

        j.        Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

        k.        Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

        l.        Any other matters that may aid in the just and expeditious disposition of this action.

5. Plaintiff is advised that failure to file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in a recommendation that this action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183; and

6. Plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 120 days after the complaint was filed.

DATED: April 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\crowe3438.ossc2