JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jmcmonigle@longlevit.com
jmacgregor@longlevit.com

Attorneys for Defendant
BULLIVANT HOUSER BAILEY, P.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CROWE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAMA GOGINENI, an Individual; BULLIVANT HOUSER BAILEY, an Oregon Corporation,<br><br>　　　　　Defendants. | Case No.  2:11-CV-3438 JAM DAD PS<br><br>**ORDER EXTENDIN TIME TO FILE REPONSE AND OPPOSITIONS PURSUANT TO STIPULATION OF THE PARTIES** |

Based on the Parties' Stipulation and based upon a showing of good cause, the Court rules as follows:

　　1.　　The time for BHB to file its responsive pleading(s) is extended to June 7, 2012.

　　2.　　The time for Plaintiff to file his oppositions to motion(s) filed by BHB on June 7, 2012, other than a Special Motion to Strike under CCP §425.16, shall be at least forty-seven days from the date of service by mail.

　　IT IS SO ORDERED.

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.pro secrowe3438.stipord.eot.docx

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

STIPULATION FOR EXTENSION OF TIME;
PROPOSED ORDER – 2:11-CV-3438 JAM DAD