IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY CROWE,

    Plaintiff,                             Case No. 2:11-cv-3438 JAM DAD PS

    vs.

RAMA GOGINENI, et al.,                  ORDER

    Defendants.

_____/

        This matter came before the court on August 31, 2012, for hearing of motions to dismiss (Doc. No. 10) and for an order setting amount of security (Doc. No. 13) filed on behalf of defendant Rama Gogineni's, and motions for an order setting amount of security (Doc. No. 26), to dismiss (Doc. No. 30) and special motion to strike (Doc. No. 32) filed on behalf of defendant Bullivant Houser Bailey.  Jeff Stone, Esq. appeared for defendant Rama Gogineni.  Kate Kimberlin, Esq. appeared for defendant Bullivant Houser Bailey.  Plaintiff Kelly Crowe appeared on his own behalf.

        Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

        1. Defendant Bullivant Houser Bailey's June 7, 2012 motion to dismiss (Doc. No. 30) is granted;

1

2. Defendant Bullivant Houser Bailey's June 7, 2012 motion for an order setting amount of security (Doc. No. 26) is denied as having been rendered moot;

3. Plaintiff shall file a declaration, no more than three pages in length, with respect to defendant Bullivant Houser Bailey's June 7, 2012 special motion to strike (Doc. No. 32) on or before September 10, 2012. Defendant Bullivant Houser Bailey's reply to plaintiff's declaration of no more than three pages in length, if any, shall be filed on or before September 17, 2012; and

4. Plaintiff will be allowed to file a supplemental opposition, of no more than three pages, to defendant Gogineni's May 3, 2012 motion to dismiss (Doc. No. 10) limited to addressing defendant Gogineni's Rule 41 argument first raised in his reply brief. Any supplemental opposition plaintiff elects to submit shall be filed within ten days of the August 31, 2012 hearing. Defendant Gogineni's sur reply of no more than three pages in length, if any, shall be filed within one week of the filing of plaintiff's supplemental opposition.

DATED: September 6, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\crowe3438.oah.083112