IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY CROWE,

    Plaintiff,                             No. 2:11-cv-3438 JAM DAD PS

    vs.

RAMA GOGINENI, et al.,           <u>ORDER</u>

    Defendants.

_____/

        Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On December 12, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed December 12, 2012 (Doc. No. 67) are adopted in full;

2. Defendant BHB's June 7, 2012 motion to strike (Doc. No. 32) is granted and defendant BHB is dismissed from this action;

3. Defendant Gogineni's May 10, 2012 motion to dismiss (Doc. No. 10) is denied;

4. Defendant Gogineni's May 3, 2012 motion for order setting security (Doc. No. 13) is denied; and

5. Defendant Gogineni is ordered to respond to the complaint within thirty days of the date this order is filed and served.

DATED:   April 10, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE