ERIC GRAVES (SBN 179253)
egraves@stonegraves.com
JEFF STONE (SBN 155190)
jstone@stonegraves.com
KIMBERLEE TSAI (SBN 227426)
ktsai@stonegraves.com
STONE & GRAVES
11335 Gold Express Drive, Suite 145
Gold River, CA 95670
Telephone:  (916) 231-0321
Facsimile:   (916) 231-0335

Attorneys for Defendant
RAMA GOGINENI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CROWE<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAMA GOGINENI, an individual;<br>BULLIVANT HOUSER BAILEY, an Oregon Corporation<br><br>　　　　　Defendants. | CASE NO.   2:11-cv-3438 JAM DAD PS<br><br>**STIPULATION TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff KELLY CROWE ("Plaintiff"), pro se, and Defendant RAMA GOGINENI ("Defendant"), by and through his attorneys of record, that Defendant may file an Amended Answer to Plaintiff's Complaint.   Defendant's Amended Answer shall be filed no later than July 3, 2013.

　　　　IT IS FURTHER STIPULATED that this stipulation does not impair Plaintiff's right to file, or the deadlines relating to filing, a motion to strike Defendant's Amended Answer should Plaintiff deem such a motion to be appropriate.

IT IS FURTHER STIPULATED that Plaintiff's Motion to Strike currently on file and set to be heard by this Court on July 19, 2013, is hereby dropped as moot by virtue of this STIPULATION.

Date: June 26, 2013                                          STONE & GRAVES


/S/ KIMBERLEE TSAI
KIMBERLEE TSAI, SBN 227426
Attorneys for Defendant
RAMA GOGINENI


Dated: June 26, 2013

Pro Se Plaintiff


/S/ KELLY CROWE
KELLY CROWE
(original signature to be retained by Stone & Graves)

# ORDER

GOOD CAUSE APPEARING, AND THE PARTIES HAVING STIPULATED TO THE SAME, this Court finds that the above-stated STIPULATION is sanctioned by the Court and shall be and now is the Order of the Court.  IT IS HEREBY ORDERED that Defendant Rama Gogineni may file an Amended Answer to Plaintiff's Complaint.  Defendant's Amended Answer shall be filed no later than July 3, 2013.  IT IS FURTHER ORDERED that this STIPULATION does not impair Plaintiff's right to file, or the deadlines relating to filing, a motion to strike Defendant's Amended Answer should Plaintiff deem such a motion to be appropriate.  IT IS FURTHER ORDERED that Plaintiff's Motion to Strike set to be heard by this Court on July 19, 2013, (Doc. No. 83) is dropped from the Court's calendar and is denied without prejudice as having been rendered moot by virtue of the parties' STIPULATION.

IT IS SO ORDERED.

Dated:  June 28, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\crowe3438.stip.am.answ.ord