UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CROWE, | No. 2:11-cv-3438 JAM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| RAMA GOGINENI, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 27, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 27, 2013 (Dkt. No. 101) are adopted in full; and

    2. Defendant Gogineni's motion for judgment as a matter of law filed May 10, 2013 (Dkt. No. 76), is denied.

DATED: April 15, 2014

                            /s/ John A. Mendez_____
                            UNITED STATES DISTRICT COURT JUDGE