UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CROWE,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMA GOGINENI, et al.,<br><br>    Defendants. | No. 2:11-cv-3438 JAM DAD PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 13, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 13, 2014 (Dkt. No. 103) are adopted in full;

2. Defendant's May 9, 2013 motion for attorneys' fees (Dkt. No. 70) is granted;

2. Defendant is awarded $17,062.50 in attorneys' fees; and

3. Defendant's May 9, 2013 motion for costs (Dkt. No. 70) is denied without prejudice.

DATED: April 15, 2014

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE