UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CROWE, | No. 2:11-cv-3438 JAM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| RAMA GOGINENI, et al., | |
| Defendants. | |

Plaintiff, Kelly Crowe, and defendant, Rama Gogineni, are proceeding pro se in the above entitled action. The action has therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule.

On April 18, 2014, the undersigned issued an order setting a Status (Pretrial Scheduling) Conference for June 6, 2014. (Dkt. No. 110.) On May 2, 2014, plaintiff Kelly Crowe filed a request to continue the Status Conference because plaintiff had previously planned a vacation for the week of June 6, 2014.[1] (Dkt. No. 111.)

/////

/////

---

[1] Although plaintiff indicates that his request is an ex parte request, plaintiff notes that he currently has no telephone number at which to contact the defendant. Moreover, the court notes that defendant's copy of the order setting the Status Conference for June 6, 2014, was returned as undeliverable.

1

Good cause appearing, IT IS ORDERED that:

1. The Status (Pretrial Scheduling) Conference previously set for June 6, 2014, is **continued** to **Friday, June 20, 2014, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. Each party is required to appear at the Status Conference, either by counsel or, if proceeding in propria persona, on his own behalf.  Any party may appear at the status conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status (Pretrial Scheduling) Conference; a land line telephone number must be provided.

3. Plaintiff shall file and serve a status report on or before **June 6, 2014**, and defendant shall file and serve a status report on or before **June 13, 2014**.  Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

    j.    Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of

his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

  k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

  l. Any other matters that may aid in the just and expeditious disposition of this action.

4. The parties are cautioned that failure to file a status report or failure to appear at the status conference may result in an order imposing an appropriate sanction. <u>See</u> Local Rules 110 and 183.

Dated: May 8, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\crowe3438.cont.sc.ord.docx