UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CROWE, | No. 2:11-cv-3438 JAM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| RAMA GOGINENI, et al., | |
| Defendants. | |

  Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On August 24, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days after service of the findings and recommendations. The seven-day period has expired, and no party has filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 24, 2015 (Dkt. No. 125) are adopted in full;

2. Plaintiff's May 1, 2015 motion for sanctions (Dkt. No. 122) is granted; and

3. Defendant Gogineni's affirmative defenses are stricken.

DATED: October 15, 2015

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

/crowe3438.mts.jo