UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CROWE,<br><br>        Plaintiff,<br><br>  v.<br><br>RAMA GOGINENI, et al.,<br><br>        Defendants. | No.  2:11-cv-3438-JAM-EFB<br><br>**ORDER** |

Each of the parties in the above-captioned case has consented to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(a)(5) and (c).  According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge.

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable, Edmund F. Brennan, Magistrate Judge.

1

1  The parties shall please take note that all documents hereafter
2  filed with the Clerk of the Court shall bear case number 2:11-cv-
3  3438-EFB PS
4       Dated: 12/3/2015
                                /s/John A. Mendez
5                               HON. JOHN A. MENDEZ
                                United States District Court Judge
6

7
        Having also reviewed the file, I accept reference of this
8
   case for all further proceedings and entry of final judgment.
9
        Dated:   12/3/2015
10
11                              _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

2